UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FREDERICK CUMBESS, ) | CASE NO. CV 08-8347-JHN (PJW) |
| Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| JOHN W. HAVILAND, WARDEN, ) | |
| Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>January 12, 2010</u>

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd